UNITED STATES DISTRICT COURT

Northern District of California

SHANNON O. MURPHY,

                Plaintiff(s),              No. C 09-03114 MEJ

  v.

WORKER'S COMPENSATION APPEALS BOARD,

                Defendant(s).

                                          /

**ORDER TO SHOW CAUSE**

On July 9, 2009, Plaintiff Shannon O. Murphy filed the above-captioned matter, as well as an Application to Proceed In Forma Pauperis. Since that time, the Court has issued two orders for Plaintiff to consent or decline magistrate judge jurisdiction, yet Plaintiff has made no further appearance since filing the original complaint. Accordingly, the Court hereby ORDERS Plaintiff Shannon O. Murphy to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by October 1, 2009, and the Court shall conduct a hearing on October 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 18, 2009

                                                                                       _____
                                                                                       Maria-Elena James
                                                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY,

        Plaintiff,

  v.

WORKER'S COMPENSATION APPEALS BOARD,

        Defendant.

Case Number: CV09-03114 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon O. Murphy
General Delivery
Richmond, CA 94530

Dated: September 18, 2009

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk