**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON O MURPHY,                         No   C 09-3114 VRW

        Plaintiff,                      ORDER

        v

WORKERS COMPENSATION APPEALS
BOARD,

        Defendant.

_____/

      Magistrate Judge James issued a report and recommendation
that the above-captioned case be dismissed pursuant to FRCP 41(a),
as plaintiff has failed to respond to several court orders and
failed to appear at an order to show cause hearing.  Doc #7.  The
time period to object to the report and recommendation has now
expired, and no objections have been filed.  Because it appears
that dismissal is appropriate for the reasons explained in Judge
James' order, the court adopts her report and recommendation.

      The matter is hereby DISMISSED.  The clerk is directed to
terminate all motions and close the file.

      IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge